IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-CV-29-D

| | |
|---|---|
| PAMELA NICOSIA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| DEPARTMENT OF THE NAVY, and RAYMOND MABUS, Secretary, | ) ) ) |
| Defendants. | ) |

For good cause having been shown upon Defendants' motion for a stay of discovery pending the Court's ruling on Defendants' Rule 12(b)(6) Motion to Dismiss, it is hereby

ORDERED that discovery is stayed pending further ruling from this Court.

SO ORDERED. This **30** day of June, 2016.

JAMES C. DEVER III
Chief United States District Judge