UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| PAMELA M. NICOSIA,<br>　　　　　Plaintiff,<br>V.<br>RAYMOND MABUS, Secretary,<br>Department of the Navy,<br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:16-CV-29-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS defendant's motion to dismiss [D.E. 11] and DISMISSES plaintiff's complaint for failure to exhaust administrative remedies.

**This Judgment Filed and Entered on September 13, 2016, and Copies To:**

Ernest J. Wright                                                  (via CM/ECF Notice of Electronic Filing)

Matthew Lee Fesak                                           (via CM/ECF Notice of Electronic Filing)

DATE:                                                   JULIE RICHARDS JOHNSTON, CLERK

September 13, 2016                              (By)  /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk